Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
3030 Matlock Rd. Suite 201
Arlington, Texas 76105
Telephone: (713) 341-1158
Fax: (866) 666-5322
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR
SHEKINAH OILFIELD SERVICES, INC.
DEBTOR AND DEBTOR IN POSSESSION

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-10152 |
| SHEKINAH OILFIELD SERVICES, | § | (Chapter 11) |
| INC., | § | **HEARING SET: July 6, 2022, 1:30 p.m.** |
| Debtor. | § | |

### OBJECTION TO SCHEDULED CLAIM OF CP INTERNATIONAL, INC.

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT GEORGE MAHON FEDERAL BUILDING, 1205 TEXAS AVE., RM 306, LUBBOCK, TX 79401-4002 BEFORE THE CLOSE OF BUSINESS ON JUNE 9, 2022, WHICH IS AT LEAST 30 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

**TO THE HONORABLE ROBERT L. JONES, U.S. BANKRUPTCY JUDGE:**

Shekinah Oilfield Services, Inc., debtor and debtor in possession (the "Debtor") files this *Objection to Scheduled Claim of CP International, Inc.* (the "Objection") and in support thereof would show the Court the following.

## INTRODUCTION

1. This Objection pertains to the claim (the "Claim") referenced and described below.

| Claimant: | CP International, Inc. |
| --- | --- |
| Proof of Claim No.: | Scheduled |
| Claim Amount Asserted: | $321,209.22 |
| Date filed: | n/a |

2. Any claim asserted by CP International Inc. would be time barred by limitations and/or fully set off by storage charges.

## JURISDICTION AND VENUE

3. The Court has jurisdiction over this action pursuant to, and without limitation §502 et seq. of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Code").

4. Venue action is proper in this Court pursuant to 28 U.S.C. § 1409.

5. The Court may try this action to a conclusion and enter final orders under *Stern v. Marshall*, 131 S. Ct. 2594 (U.S. 2011).

## FACTUAL BACKGROUND

**The identify and background of the Debtor and Debtor in Possession.**

6. The Debtor formerly operated an oilfield service business in New Mexico. The Debtor currently is employed full time and works as a professional engineer.

**The Commencement of the Bankruptcy Cases.**

7. On February 11, 2022, the Debtor commenced the above-captioned Chapter 11 case by filing a voluntary petition.

8. The Debtor commenced this case in order to address a long-standing indebtedness relating to the former business of the Debtor.

**Factual background in support of the relief requested.**

9. The Debtor and CP International, Inc. ("CPI") previously were the subject of a prepetition distribution agreement and/or consignment agreement whereby CPI placed certain equipment inventory with the Debtor or for sale by the Debtor and the remittance of proceeds to CPI. The Debtor in 2015 or 2016 fell behind in its remittance obligations to CPI. On or about November 15, 2015 the Debtor entered into a settlement agreement with CPI, however, the Debtor subsequently defaulted in the performance of that settlement agreement. Based upon the Petition Date, and the timing of the default(s), the Debtor believes that any applicable statute of limitations has lapsed with respect to any remaining obligations of the Debtor to CPI. The last known balance of approximately $321,209 is unenforceable against the Debtor.

10. Meanwhile, since 2015, the Debtor has requested that CPI retrieve the remaining equipment inventory from the Debtor, and the Debtor has been unable to communicate with anyone at CPI and/or CPI has not otherwise sought to retrieve the equipment inventory. Accordingly, the equipment inventory was abandoned prior to the Petition Date by CPI and has become the property of the Debtor by the passage of time and/or the operation of law, and/or CPI has incurred storage charges with the Debtor since at least November 15, 2015 which storage charges meet or exceed, and which could be set off against, any amounts that might be owed to CPI.

## RELIEF REQUESTED

11. Accordingly, pursuant to Code §502(b), the Debtor respectfully requests that the Court disallow the Claim in its entirety.

12. A proposed form of final order accompanies this Objection and is incorporated by reference herein.

## BASIS OF RELIEF

13. As stated above, the Debtor has no remaining liability to CP International.

## RESERVATION OF RIGHTS

14. The Debtor reserves the right to amend and/or supplement this Objection prior to any hearing.

## CONCLUSION AND PRAYER

WHEREFORE, Shekinah Oilfield Services, Inc., the debtor and debtor-in-possession, respectfully requests that the Court enter an order disallowing the Claim in its entirety. Debtor respectfully requests that the Court grant to Debtor such other and further relief to which the Debtor is entitled at law or in equity.

Dated:  May 10, 2022         Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
   JEFF CARRUTH (TX SBN:. 24001846)
   3030 Matlock Rd., Suite 201
   Arlington, Texas 76105
   Telephone: (713) 341-1158
   Fax: (866) 666-5322
   E-mail:  jcarruth@wkpz.com

ATTORNEYS FOR
SEKINHA OILFIELD SERVICES, INC.
DEBTOR AND DEBTOR IN POSSESSION

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing item was served on May 10, 2022 to all parties appearing in the attached service list by the means listed in such list.

In addition, the foregoing item was served by regular mail upon the following addresses for the creditor.

CP International, Inc.
10681 Haddington Drive #130
Houston, TX 77043

                                           */s/ Jeff Carruth*
                                           JEFF CARRUTH

| SERVICE LIST | Case No. 21-10152 | In re: Shekinah Oilfield Services Inc. | | | | |
|---|---|---|---|---|---|---|
| Creditor list dowload date: | 10-May-22 | | | | | |
| Address1 | Address2 | Address3 | Address4 | Address5 | Comment on matrix | Method of Service |
| First National Bank Albany/Breckenridge | | | | | undeliverable | n/a |
| Lee Law Firm, PLLC | 8701 Bedford Euless Rd | Hurst, TX 76053-3804 | | | | NOA-ECF |
| Shackelford County Appraisal District | c/o Lee Gordon | P.O. Box 1269 | Round Rock, TX 78680-1269 | | | NOA-ECF |
| Shekinah Oilfield Services, Inc. | PO Box 2411 | Albay, TX 76430-8018 | | | | Regular mail |
| Weycer, Kaplan, Pulaski & Zuber, P.C. | 3030 Matlock Rd | Suite | 201 | Arlington, TX 76015-2936 | | NOA-ECF |
| AMUR Equipment Finance, Inc. | 308 N Locust Street | Grand Island, NE 68801-5985 | | | | Regular mail |
| CP International, Inc. | 10681 Haddington Drive, Suite 130 | Houston, TX 77043-3239 | | | | Regular mail |
| Capital One Bank (USA), N.A. | by American InfoSource as agent | PO Box 71083 | Charlotte, NC 28272-1083 | | | Regular mail |
| Certified Laboratories | PO Box 971269 | Dallas, TX 75397-1269 | | | | Regular mail |
| Cintas Corporation | 768 Walnut Street | Abilene, TX 79601-5228 | | | | Regular mail |
| Comptroller of Public Accounts | C/O Office of the Attorney General | Bankruptcy - Collections Division MC-008 | PO Box 12548 | Austin TX 78711-2548 | | Regular mail |
| Filtration Specialties Co. | PO Box 1619 | 1505 S Treadaway Blvd | Abilene, TX 79602-4926 | | | Regular mail |
| Financial Pacific Leasing, Inc. | 3455 S 344th Way, Ste 300 | Federal Way, WA 98001-9546 | | | | Regular mail |
| First National Bank Albany/Breckenridge | 100 South Main Street | PO Box 2019 | Albany, TX 76430-8000 | | | NOA-ECF |
| G&H Sales, Inc. | PO Box 668 | Odessa, TX 79760-0668 | | | | Regular mail |
| Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101-7346 | | | | Regular mail |
| KS Supplies, Inc. | 2015 Ave C | Lubbock, TX 79404-1020 | | | | Regular mail |
| Kubota Credit Corp. USA | PO Box 2046 | Grapevine, TX 76099-2046 | | | | Regular mail |
| Kubota Credit Corporation | PO Box 9013 | Addison, Texas 75001-9013 | | | | Regular mail |
| Lufkin Industries, LLC | PO Box 301199 | Dallas, TX 75303-1199 | | | | Regular mail |
| ROCO Machine & Supply, LTD | PO Box 3241 | Albany, TX 76430-8059 | | | | Regular mail |
| Resist-ALL Electric, LLC | PO Box 1727 | Breckenridge, TX 76424-1727 | | | | Regular mail |
| SOGIANT PetroEquip USA Corp. | 11106 W I-20 E | Odessa, TX 79765-9444 | | | | Regular mail |
| Shackelford CAD | c/o Tara LeDay | P.O. Box 1269 | Round Rock, Tx. 78680-1269 | | | NOA-ECF |
| Sweetwater EC&M, Inc. | 110 County Road 141 | Sweetwater, TX 79556-4127 | | | | Regular mail |
| T&W Tire | PO Box 974474 | Dallas, TX 75397-4474 | | | | Regular mail |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION | PO BOX 13528 | AUSTIN TX 78711-3528 | | preferred | Regular mail |
| United States Trustee | 1100 Commerce Street | Room 976 | Dallas, TX 75242-0996 | | | NOA-ECF |
| Western Marketing, Inc. | PO Box 677422 | Dallas, TX 75267-7422 | | | | Regular mail |
| Zep Sales & Service | 3330 Cumberland Blvd, Suite 700 | Atlanta, GA 30339-8100 | | | | Regular mail |
| Brad W. Odell -SBRA V | Mullin Hoard & Brown, L.L.P. | P.O. Box 2585 | Lubbock, TX 79408-2585 | | | NOA-ECF |
| Jeffery D. Carruth | Weycer, Kaplan, Pulaski & Zuber, P.C. | 3030 Matlock Rd., Suite 201 | Arlington, TX 76015-2936 | | | NOA-ECF |

**PROPOSED FINAL ORDER**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-10152-rlj11V |
| SHEKINAH OILFIELD SERVICES, INC., | § § | |
| Debtor. | § | |

**ORDER SUSTAINING OBJECTION TO SCHEDULED CLAIM OF CP INTERNATIONAL, INC.(RE: DOCKET NO. ###)**

On this day came on for consideration the *Objection to Scheduled Claim of CP International, Inc.* (Docket No. ###) (the "Objection") filed herein on May 10, 2022 by Shekinah Oilfields Services, Inc., debtor and debtor in possession (the "Debtor"), regarding the scheduled claim referenced and described below (the "Claim").

| Claimant: | CP International, Inc. |
|---|---|
| Proof of Claim No.: | Scheduled |
| Claim Amount Asserted: | $321,209.22 |
| Date filed: | n/a |

The Court finds and concludes that upon review of the record of this case that sufficient notice was provided in accordance with the Federal Rules of Bankruptcy Procedures and/or the Local Bankruptcy Rules and with respect to the Motion that cause exists to grant the relief requested therein. No response or request for hearing relating to the Objection was filed.

**IT IS THEREFORE ORDERED THAT:**

1. The Objection is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3. The Claim is disallowed in its entirety.

4. The Claim is entitled to no distribution by the bankruptcy estate of the Debtor and/or by the Debtor with respect to any Chapter 11 plan.

5. The Debtor promptly shall serve a copy of this order upon the claimant and file a certificate of service with the Court.

### END OF ORDER ###

Submitted by:

Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
3030 Matlock Rd. Suite 201
Arlington, Texas 76105
Telephone: (713) 341-1158
Fax: (866) 666-5322
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR SHEKINAH OILFIELDS SERVICES, INC.,
DEBTOR AND DEBTOR IN POSSESSION