**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SHEKINAH OILFIELD SERVICES, INC., | § | CASE NO. 21-10152 |
| | § | |
| DEBTOR. | § | |

**NOTICE OF PROPOSED CONFIRMATION HEARING NOTICE**

In connection with the status conference set for May 11, 2022, the Debtor provides notice of the Debtor's proposed notice of confirmation hearing and plan related deadlines.

Dated:  May 10, 2022             Respectfully submitted:

                                                WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
                                                By:     */s/ Jeff Carruth*
                                                    JEFF CARRUTH (TX SBN:. 24001846)
                                                    3030 Matlock Rd., Suite 201
                                                    Arlington, Texas 76105
                                                    Telephone: (713) 341-1158
                                                    Fax: (866) 666-5322
                                                    E-mail:  jcarruth@wkpz.com
                                                ATTORNEYS FOR
                                                SHEKINAH OILFIELD SERVICES, INC.
                                                DEBTOR AND DEBTOR IN POSSESSION

**CERTIFICATE OF SERVICE**

A copy of the foregoing was provided only to all registered ECF users who have appeared in this case.

                                                      */s/ Jeff Carruth*
                                                      JEFF CARRUTH

**DRAFT**
**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| SHEKINAH OILFIELD SERVICES, INC., | § § | CASE NO. 21-10152 |
| DEBTOR. | § § | |

**NOTICE (I) OF HEARING TO CONSIDER CONFIRMATION OF FIRST AMENDED PLAN OF REORGANIZATION OF SHEKINAH OILFIELD SERVICES, INC. DATED MAY 10, 2022 AND (II) RELATED DEADLINES (RE: DOCKET NO. ####)**

The Court has set a hearing (the "*Confirmation Hearing*") as set forth below to consider the confirmation of the *First Amended Plan of Reorganization of Shekinah Oilfield Services, Inc. Dated May 10, 2022* (Docket No. ####) (the "*Plan*"). Notice is hereby provided of the Confirmation Hearing and of the related dates and deadlines as set forth below.

1. **June 23, 2022 at 11:59 p.m. Central Time (CT)** (the "*Ballot Deadline*" as shown in the Plan) is provided as the last day for filing written acceptances or rejections of the Debtor's proposed Plan which must be received on that date at the offices of Jeff Carruth, Weycer, Kaplan, Pulaski & Zuber, P.C. 3030 Matlock Rd., Suite 201 Arlington, TX 76015, facsimile (866) 666-5322, email jcarruth@wkpz.com. Ballots may be accepted by mail, fax, and/or email but must arrive prior to the Ballot Deadline.

2. **July 23, 2022 at 11:59 p.m. Central Time (CT)** (the "*Objection Deadline*" as shown in the Plan) is provided as the last day for filing and serving written objections to confirmation of the Plan pursuant to Fed. R. Bankr. P. 3020(b)(1) and L.B.R. 3020-1.[1]

3. The Court will conduct an evidentiary hearing regarding confirmation of the Plan (the "*Confirmation Hearing*" as shown in the Plan) on **July 6, 2022, at 1:30 P.M. Central Time (CT)**, which hearing may be adjourned or continued to a different date without further notice other than notice given in open court at such hearing.[2]

4. The Confirmation Hearing will be conducted electronically before the Honorable Robert L. Jones at the following location.

---

[1] *L.B.R. 3020-1 Chapter 11 - Confirmation.* Unless the court orders otherwise, an objection to confirmation shall be filed and served no later than 4 days prior to the date set for hearing on confirmation of the plan.

[2] The hearing may extend to Monday, July 11, 2022 such other date and time set by the Court. See Gazette dates at https://www.txnb.uscourts.gov/content/judge-robert-l-jones.

> U.S. Courthouse
> Room 2000A (Live Docket)
> Room 2201 (Video Docket)
> 341 Pine - 3rd & Pine
> Abilene, TX 79601-3928

**THE HEARING WILL BE IN PERSON AND ALSO BE CONDUCTED BY THE WEBEX VIDEO AND AUDIO FACILITIES OF THE COURT.**

> Webex information is available at the following link.
>
> https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jones-hearing-dates
>
> *The Court will post the Webex log in information for this hearing approximately 2-3 business days prior to the hearing date at the link above.*

**PLEASE CONTACT THE UNDERSIGNED IF YOU WOULD LIKE TO RECEIVE A COPY OF THE PLAN OR HAVE ANY QUESTIONS.**

Dated: May 10, 2022

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
By: *draft*
    JEFF CARRUTH (TX SBN:. 24001846)
    3030 Matlock Rd., Suite 201
    Arlington, Texas 76105
    Telephone: (713) 341-1158
    Fax: (866) 666-5322
    E-mail: jcarruth@wkpz.com
ATTORNEYS FOR
SHEKINAH OILFIELD SERVICES, INC.
DEBTOR AND DEBTOR IN POSSESSION

## CERTIFICATE OF SERVICE

A separate certificate of service regarding the Plan solicitation set will be filed.

*draft*
JEFF CARRUTH