**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SHEKINAH OILFIELD SERVICES, INC., | § | CASE NO. 21-10152 |
| | § | |
| DEBTOR. | § | |

**AMENDED / CORRECTED NOTICE OF PROPOSED CONFIRMATION ORDER**

In connection with the hearings set for July 6, 2022, the Debtor provides notice of the Debtor's proposed notice of confirmation hearing and plan related deadlines.

Dated:  July 6, 2022     Respectfully submitted:

        WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
        By:   */s/ Jeff Carruth*
          JEFF CARRUTH (TX SBN:. 24001846)
          3030 Matlock Rd., Suite 201
          Arlington, Texas 76105
          Telephone: (713) 341-1158
          Fax: (866) 666-5322
          E-mail:  jcarruth@wkpz.com
        ATTORNEYS FOR
        SHEKINAH OILFIELD SERVICES, INC.
        DEBTOR AND DEBTOR IN POSSESSION

**CERTIFICATE OF SERVICE**

A copy of the foregoing was provided only to all registered ECF users who have appeared in this case.

          */s/ Jeff Carruth*
          JEFF CARRUTH