UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| SHEKINAH OILFIELD SERVICES, INC., | § CASE NO. 21-10152 |
| | § |
| DEBTOR. | § |

**BALLOT SUMMARY REGARDING CHAPTER 11 PLAN**

The undersigned hereby certifies that the following Ballot Summary and the attached Ballots reflect the ballots received with respect to the solicitation of the Debtor's *First Amended Subchapter V Plan of Reorganization of Shekinah Oilfield Services, Inc. dated May 10, 2022* (Docket No. 49).

**Chapter 11 Ballot Summary - Shekinah Oilfield Services Inc.**

| Class # | Class Name | ## Accept | ## Reject | Class Result | Objections |
|---|---|---|---|---|---|
| 1 | Property Taxes 2021 | n/a | n/a | n/a | None. |
| 2 | FNB Land | 1 | 0 | Accept | None. |
| 3 | FNB Equipment | 1 | 0 | Accept | None. |
| 4 | Kubota 1 | n/a | n/a | n/a | None. |
| 5 | Kubota 2 | n/a | n/a | n/a | None. |
| 6 | Financial Pacific | n/a | n/a | n/a | None. |
| 7 | CP International | n/a | n/a | n/a | None. |
| 8 | General unsecureds | 0 | 1 | n/a | None. |

Dated: July 6, 2022    Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
By:    */s/ Jeff Carruth*
   JEFF CARRUTH (TX SBN: 24001846)
   3030 Matlock Rd., Suite 201
   Arlington, Texas 76105
   Telephone: (713) 341-1158
   Fax: (866) 666-5322
   E-mail:  jcarruth@wkpz.com
ATTORNEYS FOR
SHEKINAH OILFIELD SERVICES, INC.
DEBTOR AND DEBTOR IN POSSESSION

**CERTIFICATE OF SERVICE**
A copy of the foregoing was provided only to all registered ECF users who have appeared in this case.
     */s/ Jeff Carruth*
    JEFF CARRUTH

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SHEKINAH OILFIELD SERVICES, INC., | § | CASE NO. 21-10152 |
| | § | |
| DEBTOR. | § | |

**BALLOT REGARDING FIRST AMENDED SUBCHAPTER V PLAN OF REORGANIZATION OF SHEKINAH OILFIELD SERVICES, INC. DATED MAY 10, 2022 (RE: DOCKET NO. 49)**

TO ALL CREDITORS:

You may vote on the *First Amended Subchapter V Plan of Reorganization of Shekinah Oilfield Services, Inc. Dated May 10, 2022* (Docket No. 49) (the "**_Plan_**") by completing and returning this Ballot as set forth below. In order to have your vote count you must return this Ballot. This Ballot should be returned to:

> Jeff Carruth
> **WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
> 3030 Matlock Rd., Suite 201
> Arlington, TX 76015
> 713-341-1158, fax (866) 666-5322
> jcarruth@wkpz.com

on or before **JUNE 23, 2022 at 11:59 p.m. Central Time (CT)** (the "***Ballot Deadline***"), the date and time set forth in the *Notice (I) of Hearing to Consider Confirmation of First Amended Subchapter V Plan of Reorganization of Shekinah Oilfield Services, Inc. Dated May 10, 2022 and (II) Related Deadlines* (Docket No. 54).

Ballots must be received by the Ballot Deadline in order to be counted. You should review the Plan before you vote.

**Your ballot must be signed in order to be counted.**

*{CONTINUED ON FOLLOWING PAGE}*

| | |
|---|---|
| **CLASS 1 — AD VALOREM TAXES**<br><br>UNIMPAIRED – NOT ENTITLED TO VOTE | **CLASS 2 — FIRST NATIONAL BANK OF ALBANY/BRECKENRIDGE – REAL ESTATE NOTE**<br>For: XX    Against: _____<br>Amount of Claim: $124,680.00 |
| **CLASS 3 — FIRST NATIONAL BANK OF ALBANY/BRECKENRIDGE OPERATING NOTE**<br><br>For: _____    Against: _____<br>Amount of Claim: $ _____ | **CLASS 4 — KUBOTA NOTE #1**<br><br>For: _____    Against: _____<br>Amount of Claim: $ _____ |
| **CLASS 5 — KUBOTA NOTE #2**<br><br>For: _____    Against: _____<br>Amount of Claim: $ _____ | **CLASS 6 — FINANCIAL PACIFIC**<br><br>For: _____    Against: _____<br>Amount of Claim: $ _____ |
| **CLASS 7 — CP INTERNATIONAL INC.**<br><br>For: _____    Against: _____<br>Amount of Claim: $ _____ | **CLASS 8 — GENERAL UNSECURED CLAIMS**<br><br>For: _____    Against: _____<br>Amount of Claim: $ _____ |
| **CLASS 9 — Class of Equity Interest Holders**<br><br>For: _____    Against: _____<br>Amount of Interest _____ | |

**SIGNATURE FOR BALLOT:**                   *Your ballot must be signed in order to be counted.*

By: /s/ Charles C. Self
Charles C. Self, III
State Bar No. 18007550
cself@whittenfirm.com
THE WHITTEN LAW FIRM, PC
500 Chestnut, Suite 1402
Abilene, Texas 79602
(325) 672-7824
(325) 672-2158 (FAX)
Attorney for FIRST NATIONAL BANK ALBANY/BRECKENRIDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| SHEKINAH OILFIELD SERVICES, INC., | § § § | CASE NO. 21-10152 |
| DEBTOR. | § § § | |

**BALLOT REGARDING FIRST AMENDED SUBCHAPTER V PLAN OF REORGANIZATION OF SHEKINAH OILFIELD SERVICES, INC. DATED MAY 10, 2022 (RE: DOCKET NO. 49)**

TO ALL CREDITORS:

You may vote on the *First Amended Subchapter V Plan of Reorganization of Shekinah Oilfield Services, Inc. Dated May 10, 2022* (Docket No. 49) (the "***Plan***") by completing and returning this Ballot as set forth below. In order to have your vote count you must return this Ballot. This Ballot should be returned to:

> Jeff Carruth
> **WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
> 3030 Matlock Rd., Suite 201
> Arlington, TX 76015
> 713-341-1158, fax (866) 666-5322
> jcarruth@wkpz.com

on or before **JUNE 23, 2022 at 11:59 p.m. Central Time (CT)** (the "***Ballot Deadline***"), the date and time set forth in the *Notice (I) of Hearing to Consider Confirmation of First Amended Subchapter V Plan of Reorganization of Shekinah Oilfield Services, Inc. Dated May 10, 2022 and (II) Related Deadlines* (Docket No. 54).

Ballots must be received by the Ballot Deadline in order to be counted. You should review the Plan before you vote.

**Your ballot must be signed in order to be counted.**

*{CONTINUED ON FOLLOWING PAGE}*

| | |
|---|---|
| **CLASS 1 — AD VALOREM TAXES**<br><br>UNIMPAIRED – NOT ENTITLED TO VOTE | **CLASS 2 — FIRST NATIONAL BANK OF ALBANY/BRECKENRIDGE – REAL ESTATE NOTE**<br>For: _____ Against: _____<br>Amount of Claim: $_____ |
| **CLASS 3 — FIRST NATIONAL BANK OF ALBANY/BRECKENRIDGE OPERATING NOTE**<br><br>For: [ XX ] Against: _____<br>Amount of Claim: $400,000.00 | **CLASS 4 — KUBOTA NOTE #1**<br><br>For: _____ Against: _____<br>Amount of Claim: $_____ |
| **CLASS 5 — KUBOTA NOTE #2**<br><br>For: _____ Against: _____<br>Amount of Claim: $_____ | **CLASS 6 — FINANCIAL PACIFIC**<br><br>For: _____ Against: _____<br>Amount of Claim: $_____ |
| **CLASS 7 — CP INTERNATIONAL INC.**<br><br>For: _____ Against: _____<br>Amount of Claim: $_____ | **CLASS 8 — GENERAL UNSECURED CLAIMS**<br><br>For: _____ Against: _____<br>Amount of Claim: $_____ |
| **CLASS 9 — Class of Equity Interest Holders**<br><br>For: _____ Against: _____<br>Amount of Interest _____ | |

**SIGNATURE FOR BALLOT:**

By: /s/ Charles C. Self

Charles C. Self, III
State Bar No. 18007550
cself@whittenfirm.com
THE WHITTEN LAW FIRM, PC
500 Chestnut, Suite 1402
Abilene, Texas 79602
(325) 672-7824
(325) 672-2158 (FAX)
Attorney for FIRST NATIONAL BANK ALBANY/BRECKENRIDGE

*Your ballot must be signed in order to be counted.*

**FIRST AMENDED SUBCHAPTER V PLAN OF REORGANIZATION OF SHEKINAH OILFIELD SERVICES, INC. DATED MAY 10, 2022 (DOCKET NO. 49) — Page 2 of 2**   ballot FNB equipment note (2138638-2x1071EA)[1]

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SHEKINAH OILFIELD SERVICES, INC., | § | CASE NO. 21-10152 |
| | § | |
| DEBTOR. | § | |

**BALLOT REGARDING FIRST AMENDED SUBCHAPTER V PLAN OF REORGANIZATION OF SHEKINAH OILFIELD SERVICES, INC. DATED MAY 10, 2022 (RE: DOCKET NO. 49)**

TO ALL CREDITORS:

You may vote on the *First Amended Subchapter V Plan of Reorganization of Shekinah Oilfield Services, Inc. Dated May 10, 2022* (Docket No. 49) (the "***Plan***") by completing and returning this Ballot as set forth below. In order to have your vote count you must return this Ballot. This Ballot should be returned to:

> Jeff Carruth
> WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
> 3030 Matlock Rd., Suite 201
> Arlington, TX 76015
> 713-341-1158, fax (866) 666-5322
> jcarruth@wkpz.com

on or before **JUNE 23, 2022 at 11:59 p.m. Central Time (CT)** (the "***Ballot Deadline***"), the date and time set forth in the *Notice (I) of Hearing to Consider Confirmation of First Amended Subchapter V Plan of Reorganization of Shekinah Oilfield Services, Inc. Dated May 10, 2022 and (II) Related Deadlines* (Docket No. 54).

Ballots must be received by the Ballot Deadline in order to be counted. You should review the Plan before you vote.

**Your ballot must be signed in order to be counted.**

*{CONTINUED ON FOLLOWING PAGE}*

---

FIRST AMENDED SUBCHAPTER V PLAN OF REORGANIZATION OF SHEKINAH OILFIELD SERVICES, INC. DATED MAY 10, 2022 (DOCKET NO. 49) — Page 1 of 2

2135706.DOCX[1]

| CLASS 1 — AD VALOREM TAXES<br><br>UNIMPAIRED – NOT ENTITLED TO VOTE | CLASS 2 — FIRST NATIONAL BANK OF ALBANY/BRECKENRIDGE – REAL ESTATE NOTE<br><br>For: _____ Against: _____<br>Amount of Claim: $ _____ |
|---|---|
| CLASS 3 — FIRST NATIONAL BANK OF ALBANY/BRECKENRIDGE OPERATING NOTE<br><br>For: _____ Against: _____<br>Amount of Claim: $ _____ | CLASS 4 — KUBOTA NOTE #1<br><br>For: _____ Against: _____<br>Amount of Claim: $ _____ |
| CLASS 5 — KUBOTA NOTE #2<br><br>For: _____ Against: _____<br>Amount of Claim: $ _____ | CLASS 6 — FINANCIAL PACIFIC<br><br>For: _____ Against: _____<br>Amount of Claim: $ _____ |
| CLASS 7 — CP INTERNATIONAL INC.<br><br>For: _____ Against: _____<br>Amount of Claim: $ _____ | CLASS 8 — GENERAL UNSECURED CLAIMS<br><br>For: _____ Against: __X__<br>Amount of Claim: $ 29,099.00 |
| CLASS 9 — Class of Equity Interest Holders<br><br>For: _____ Against: _____<br>Amount of Interest _____ | |

**SIGNATURE FOR BALLOT:**    *Your ballot must be signed in order to be counted.*

NAME OF CREDITOR: Roco Machine & Supply LTD

Signature: *Shelly D Bartee*

By [Print Name]: Shelly D. Bartee

Title: Owner

Date: 6-20-2022

**FIRST AMENDED SUBCHAPTER V PLAN OF REORGANIZATION OF SHEKINAH OILFIELD SERVICES, INC. DATED MAY 10, 2022 (DOCKET NO. 49)** — Page 2 of 2

2135706.DOCX[1]