UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SHEKINAH OILFIELD SERVICES, INC., | § | CASE NO. 21-10152 |
| | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

**DECLARATION OF SHAWNA KNIGHT IN SUPPORT OF JULY 6, 2022 HEARING TO CONSIDER FIRST AMENDED SUBCHAPTER V PLAN OF REORGANIZATION OF SHEKINAH OILFIELD SERVICES, INC. DATED MAY 10, 2022 (RE: DOCKET NO. 49)**

Shawna Knight, Vice-President of the Shekinah Oilfield Services, Inc. Debtor and Debtor in Possession (the "Debtor"), pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. My name is Shawna Knight. I am over the age of twenty-one (21) years, of sound mind, and competent to testify herein. I have personal knowledge of the facts stated herein and they are true and correct to the best of my knowledge and belief.

2. I am familiar with the *First Amended Subchapter V Plan of Reorganization of Shekinah Oilfield Services, Inc. dated May 10, 2022* (Docket No. 49). (the "Plan").

3. The Plan complies with the applicable provisions of the Bankruptcy Code.

4. The Plan separately classifies creditors into separate classes and treats such creditors within such class the same. The classes are based on the characteristics of such claims (either secured, unsecured or priority as is appropriate).

5. I am the vice-president of the Debtor, the Plan proponent, and I have complied with the applicable provisions of Title 11 by attending all required meetings and hearings, and filing monthly operating reports with the Office of the United States Trustee.

6. To the extent that I have been required to make any creditor payments during this case such payments have been made. I have obtained court approval for professionals and will also for their payments.

7. The Plan has been proposed in good faith and not by any means forbidden by law.

8. The Plan affords the creditors the treatment required by the Bankruptcy Code.

9. Any payments for services or for costs and expenses in connection with the case, or in connection with the Plan and incident to the case, have been approved by, or are subject to the approval of, this Court as reasonable. This provision requires professionals to be paid by Court order.

10. I have disclosed the identity and affiliation of any individual proposed to serve, after confirmation of the Plan, as an affiliate or successor of the Debtor, the continuation in such employment is in the best interest of the creditors and public policy, and the nature of any compensation for such insider.

11. With respect to each Class of impaired Claims or Interests, each holder of a Claim included in such Class (i) has accepted the Plan, or (ii) will receive or retain on account of such Claim property of value, as of the Effective Date of the Plan, that is not less than the amount such holder would receive or retain if the Debtor were liquidated under Chapter 7 of Title 11 on such date.

12. The Plan provides the creditors with the maximum return that can be paid by the Debtor at this time.

13. Since all the Debtor's assets are covered with liens in a liquidation the unsecured creditors would likely receive nothing.

14. The Plan provisions include the following:

      a.      Holders of Allowed Administrative Claims will be paid in full.

      b.      Holders of Allowed Priority Claims will be paid in full.

      c.      Holders of Allowed Priority Wage Claims, if any, will be paid in full.

      d.      At least one Class of Impaired Claims has voted to accept the Plan, determined without the acceptance of any insider.

15.    The Plan is feasible. Confirmation of the Plan is not likely to be followed by the liquidation of, or need for further financial reorganization of, the Debtor.

16.    With respect to feasibility, attached hereto and incorporated into the Plan is **Exhibit SHEK304**, the projections which accompany the Plan.

      a.      The projections have been formulated to take into account fluctuations in oil and gas, exploration and production sector, which fluctuations the Debtor has experienced over the last several years and which the Debtor reasonable expects to occur in future.

      b.      Shown in the figure below is a comparison of the results from the monthly operating reports on file for January-May 2022 compared to the first five (5) months projected under the Plan. Even taking into account debt service under Classes 2-3 of the Plan to First National Bank, the recent performance of the Debtor is indicative of the ability to succeed under the Plan. (The negative ending cash figure for Month 2 under the projections takes into account the anticipated payment of professional fees during that month.)

| MORs vs Plan Projections Comparison 2022 | | | | | |
|---|---|---|---|---|---|
| | Month | | | | |
| 2022 | 1 | 2 | 3 | 4 | 5 |
| MOR In. 20 Receipts | 79,734.00 | 123,357.00 | 189,308.00 | 129,326.00 | 84,245.00 |
| MOR In. 23 End Cash | 59,923.00 | 67,566.00 | 39,568.00 | 59,535.00 | 53,617.00 |
| Plan Projections | | | | | |
| Plan Receipts (SHEK304) | 69,000.00 | 69,000.00 | 69,000.00 | 69,000.00 | 69,000.00 |
| Plan End Cash (SHEK304) | 1,207.00 | (16,792.58) | 1,207.00 | 3,556.00 | 3,556.00 |

17.    The Plan is fair and equitable and non-discriminatory to all impaired claimants in this case.

18. In a liquidation the unsecured creditors would receive nothing since there are liens on all the Debtor's property that exceed the value of the Debtor's interest in such property. Specifically, the First National Bank would foreclosure on its collateral and a substantially deficiency claim would remain following such action.

19. The Debtor will also file quarterly reports until the case is closed.

20. As the representative of the Debtor, I request that the Plan be approved by the Court.

I declare that the foregoing is made and sworn under the penalty of perjury

**/s/ Shawna Knight**
**Shawna Knight**

**CERTIFICATE OF SERVICE**

A copy of the foregoing was provided only to all registered ECF users who have appeared in this case.

*/s/ Jeff Carruth*
JEFF CARRUTH

# SHEK304

**Shekinah Oilfield Services Projections**

| Year | 2022 | | | | | | 2023 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 |
| **Cash Carry Forward** | 59,923.63 | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | |
| Operating income | 69,000.00 | 69,000.00 | 69,000.00 | 69,000.00 | 69,000.00 | 69,000.00 | 69,000.00 | 69,000.00 | 69,000.00 | 69,000.00 | 69,000.00 | 69,000.00 |
| **Gross Income** | 69,000.00 | 69,000.00 | 69,000.00 | 69,000.00 | 69,000.00 | 69,000.00 | 69,000.00 | 69,000.00 | 69,000.00 | 69,000.00 | 69,000.00 | 69,000.00 |
| **Operating Expenses (express negative)** | | | | | | | | | | | | |
| Category | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Category | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Category | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Life Insurance | (198.03) | (198.03) | (198.03) | (198.03) | (198.03) | (198.03) | (198.03) | (198.03) | (198.03) | (198.03) | (198.03) | (198.03) |
| Insurance - Workers Comp & Liability | (5,200.00) | (5,200.00) | (5,200.00) | (5,200.00) | (5,200.00) | (5,200.00) | (5,200.00) | (5,200.00) | (5,200.00) | (5,200.00) | (5,200.00) | (5,200.00) |
| Fuel | (10,000.00) | (10,000.00) | (10,000.00) | (10,000.00) | (10,000.00) | (10,000.00) | (10,000.00) | (10,000.00) | (10,000.00) | (10,000.00) | (10,000.00) | (10,000.00) |
| Office supplies | (300.00) | (300.00) | (300.00) | (300.00) | (300.00) | (300.00) | (300.00) | (300.00) | (300.00) | (300.00) | (300.00) | (300.00) |
| Oil & tire maintenance | (1,700.00) | (1,700.00) | (1,700.00) | (1,700.00) | (1,700.00) | (1,700.00) | (1,700.00) | (1,700.00) | (1,700.00) | (1,700.00) | (1,700.00) | (1,700.00) |
| Truck repairs | (4,800.00) | (4,800.00) | (4,800.00) | (4,800.00) | (4,800.00) | (4,800.00) | (4,800.00) | (4,800.00) | (4,800.00) | (4,800.00) | (4,800.00) | (4,800.00) |
| Telephone + Internet | (500.00) | (500.00) | (500.00) | (500.00) | (500.00) | (500.00) | (500.00) | (500.00) | (500.00) | (500.00) | (500.00) | (500.00) |
| Utilities - electric | (500.00) | (500.00) | (500.00) | (500.00) | (500.00) | (500.00) | (500.00) | (500.00) | (500.00) | (500.00) | (500.00) | (500.00) |
| Utilities - water & trash | (250.00) | (250.00) | (250.00) | (250.00) | (250.00) | (250.00) | (250.00) | (250.00) | (250.00) | (250.00) | (250.00) | (250.00) |
| Vehicle registrations & inspections | (1,000.00) | (1,000.00) | (1,000.00) | (1,000.00) | (1,000.00) | (1,000.00) | (1,000.00) | (1,000.00) | (1,000.00) | (1,000.00) | (1,000.00) | (1,000.00) |
| Payroll - contract labor | (3,250.00) | (3,250.00) | (3,250.00) | (3,250.00) | (3,250.00) | (3,250.00) | (3,250.00) | (3,250.00) | (3,250.00) | (3,250.00) | (3,250.00) | (3,250.00) |
| Payroll - full time employees | (20,900.00) | (20,900.00) | (20,900.00) | (20,900.00) | (20,900.00) | (20,900.00) | (20,900.00) | (20,900.00) | (20,900.00) | (20,900.00) | (20,900.00) | (20,900.00) |
| Payroll - company liabilities (match) | (1,900.00) | (1,900.00) | (1,900.00) | (1,900.00) | (1,900.00) | (1,900.00) | (1,900.00) | (1,900.00) | (1,900.00) | (1,900.00) | (1,900.00) | (1,900.00) |
| Donations | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) |
| Subscriptions | (30.00) | (30.00) | (30.00) | (30.00) | (30.00) | (30.00) | (30.00) | (30.00) | (30.00) | (30.00) | (30.00) | (30.00) |
| Meals | (50.00) | (50.00) | (50.00) | (50.00) | (50.00) | (50.00) | (50.00) | (50.00) | (50.00) | (50.00) | (50.00) | (50.00) |
| Postage | (30.00) | (30.00) | (30.00) | (30.00) | (30.00) | (30.00) | (30.00) | (30.00) | (30.00) | (30.00) | (30.00) | (30.00) |
| Taxes | (850.00) | (850.00) | (850.00) | (850.00) | (850.00) | (850.00) | (850.00) | (850.00) | (850.00) | (850.00) | (850.00) | (850.00) |
| Tools | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) |
| Travel | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) |
| Truck supply | (150.00) | (150.00) | (150.00) | (150.00) | (150.00) | (150.00) | (150.00) | (150.00) | (150.00) | (150.00) | (150.00) | (150.00) |
| Misc. / TBD / Reserves | (3,000.00) | (3,000.00) | (3,000.00) | (3,000.00) | (3,000.00) | (3,000.00) | (3,000.00) | (3,000.00) | (3,000.00) | (3,000.00) | (3,000.00) | (3,000.00) |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Plan (express negative)** | | | | | | | | | | | | |
| Class 1 - Property taxes | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (1,475.72) |
| Class 2 - FNB Equipment -Tr.1 | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (78,930.31) |
| Class 2 - FNB Equipment -Tr.2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Class 3 - FNB Land | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (18,527.04) |
| Class 4 - Kubota 001 | (874.47) | (874.47) | (874.47) | (874.47) | (874.47) | (874.47) | (874.47) | (874.47) | (874.47) | (874.47) | (874.47) | (874.47) | (10,493.65) |
| Class 5 - Kubota 002 | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (3,733.44) |
| Class 6 - Financial Pacific | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Class 7 - CP International. | | | | | | | | | | | | | |
| Class 8 - General Unsecureds | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (1,999.92) |
| WKPZ | 0.00 | (15,000.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15,000.00) |
| SubV Trustee | 0.00 | (3,000.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (3,000.00) |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL EXPENSES + PLAN** | (64,504.70) | (82,504.70) | (64,504.70) | (64,504.70) | (64,504.70) | (64,504.70) | (64,504.70) | (64,504.70) | (64,504.70) | (64,504.70) | (64,504.70) | (64,504.70) | (792,056.43) |
| **Net Cash Flow - Month** | 4,495.30 | (13,504.70) | 4,495.30 | 4,495.30 | 4,495.30 | 4,495.30 | 4,495.30 | 4,495.30 | 4,495.30 | 4,495.30 | 4,495.30 | 4,495.30 | 35,943.57 |
| **Net Cash Flow - TOTAL** | 64,418.93 | 50,914.22 | 55,409.52 | 59,904.82 | 64,400.12 | 68,895.41 | 73,390.71 | 77,886.01 | 82,381.30 | 86,876.60 | 91,371.90 | 95,867.20 | |

## SHEK304

**Shekinah Oilfield Services Projections**

| Year | 2023 | 2022 | | | | | | 2024 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | |
| **Cash Carry Forward** | 95,867.20 | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | |
| Operating income | 68,250.00 | 68,250.00 | 68,250.00 | 68,250.00 | 68,250.00 | 68,250.00 | 68,250.00 | 68,250.00 | 68,250.00 | 68,250.00 | 68,250.00 | 68,250.00 | |
| **Gross Income** | 68,250.00 | 68,250.00 | 68,250.00 | 68,250.00 | 68,250.00 | 68,250.00 | 68,250.00 | 68,250.00 | 68,250.00 | 68,250.00 | 68,250.00 | 68,250.00 | |
| **Operating Expenses (express negative)** | | | | | | | | | | | | | |
| Category | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Category | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Category | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Life Insurance | (217.83) | (217.83) | (217.83) | (217.83) | (217.83) | (217.83) | (217.83) | (217.83) | (217.83) | (217.83) | (217.83) | (217.83) | |
| Insurance - Workers Comp & Liability | (5,720.00) | (5,720.00) | (5,720.00) | (5,720.00) | (5,720.00) | (5,720.00) | (5,720.00) | (5,720.00) | (5,720.00) | (5,720.00) | (5,720.00) | (5,720.00) | |
| Fuel | (11,000.00) | (11,000.00) | (11,000.00) | (11,000.00) | (11,000.00) | (11,000.00) | (11,000.00) | (11,000.00) | (11,000.00) | (11,000.00) | (11,000.00) | (11,000.00) | |
| Office supplies | (330.00) | (330.00) | (330.00) | (330.00) | (330.00) | (330.00) | (330.00) | (330.00) | (330.00) | (330.00) | (330.00) | (330.00) | |
| Oil & tire maintenance | (1,870.00) | (1,870.00) | (1,870.00) | (1,870.00) | (1,870.00) | (1,870.00) | (1,870.00) | (1,870.00) | (1,870.00) | (1,870.00) | (1,870.00) | (1,870.00) | |
| Truck repairs | (5,280.00) | (5,280.00) | (5,280.00) | (5,280.00) | (5,280.00) | (5,280.00) | (5,280.00) | (5,280.00) | (5,280.00) | (5,280.00) | (5,280.00) | (5,280.00) | |
| Telephone + Internet | (550.00) | (550.00) | (550.00) | (550.00) | (550.00) | (550.00) | (550.00) | (550.00) | (550.00) | (550.00) | (550.00) | (550.00) | |
| Utilities - electric | (550.00) | (550.00) | (550.00) | (550.00) | (550.00) | (550.00) | (550.00) | (550.00) | (550.00) | (550.00) | (550.00) | (550.00) | |
| Utilities - water & trash | (275.00) | (275.00) | (275.00) | (275.00) | (275.00) | (275.00) | (275.00) | (275.00) | (275.00) | (275.00) | (275.00) | (275.00) | |
| Vehicle registrations & inspections | (1,100.00) | (1,100.00) | (1,100.00) | (1,100.00) | (1,100.00) | (1,100.00) | (1,100.00) | (1,100.00) | (1,100.00) | (1,100.00) | (1,100.00) | (1,100.00) | |
| Payroll - contract labor | (3,575.00) | (3,575.00) | (3,575.00) | (3,575.00) | (3,575.00) | (3,575.00) | (3,575.00) | (3,575.00) | (3,575.00) | (3,575.00) | (3,575.00) | (3,575.00) | |
| Payroll - full time employees | (22,990.00) | (22,990.00) | (22,990.00) | (22,990.00) | (22,990.00) | (22,990.00) | (22,990.00) | (22,990.00) | (22,990.00) | (22,990.00) | (22,990.00) | (22,990.00) | |
| Payroll - company liabilities (match) | (2,090.00) | (2,090.00) | (2,090.00) | (2,090.00) | (2,090.00) | (2,090.00) | (2,090.00) | (2,090.00) | (2,090.00) | (2,090.00) | (2,090.00) | (2,090.00) | |
| Donations | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | |
| Subscriptions | (33.00) | (33.00) | (33.00) | (33.00) | (33.00) | (33.00) | (33.00) | (33.00) | (33.00) | (33.00) | (33.00) | (33.00) | |
| Meals | (55.00) | (55.00) | (55.00) | (55.00) | (55.00) | (55.00) | (55.00) | (55.00) | (55.00) | (55.00) | (55.00) | (55.00) | |
| Postage | (33.00) | (33.00) | (33.00) | (33.00) | (33.00) | (33.00) | (33.00) | (33.00) | (33.00) | (33.00) | (33.00) | (33.00) | |
| Taxes | (935.00) | (935.00) | (935.00) | (935.00) | (935.00) | (935.00) | (935.00) | (935.00) | (935.00) | (935.00) | (935.00) | (935.00) | |
| Tools | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | |
| Travel | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | (110.00) | |
| Truck supply | (165.00) | (165.00) | (165.00) | (165.00) | (165.00) | (165.00) | (165.00) | (165.00) | (165.00) | (165.00) | (165.00) | (165.00) | |
| Misc. / TBD / Reserves | (3,300.00) | (3,300.00) | (3,300.00) | (3,300.00) | (3,300.00) | (3,300.00) | (3,300.00) | (3,300.00) | (3,300.00) | (3,300.00) | (3,300.00) | (3,300.00) | |
| **Plan (express negative)** | | | | | | | | | | | | | |
| Class 1 - Property taxes | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (1,475.72) |
| Class 2 - FNB Equipment -Tr.1 | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (78,930.31) |
| Class 2 - FNB Equipment -Tr.2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Class 3 - FNB Land | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (18,527.04) |
| Class 4 - Kubota 001 | (874.47) | (874.47) | (874.47) | (874.47) | (874.47) | (874.47) | (874.47) | (874.47) | (874.47) | (874.47) | (874.47) | (874.47) | (10,493.65) |
| Class 5 - Kubota 002 | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (3,733.44) |
| Class 6 - Financial Pacific | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Class 7 - CP International. | | | | | | | | | | | | | |
| Class 8 - General Unsecureds | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (1,999.92) |
| WKPZ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SubV Trustee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL EXPENSES + PLAN** | (69,995.51) | (69,995.51) | (69,995.51) | (69,995.51) | (69,995.51) | (69,995.51) | (69,995.51) | (69,995.51) | (69,995.51) | (69,995.51) | (69,995.51) | (69,995.51) | (839,946.07) |
| **Net Cash Flow - Month** | (1,745.51) | (1,745.51) | (1,745.51) | (1,745.51) | (1,745.51) | (1,745.51) | (1,745.51) | (1,745.51) | (1,745.51) | (1,745.51) | (1,745.51) | (1,745.51) | (20,946.07) |
| **Net Cash Flow - TOTAL** | 94,121.69 | 92,376.18 | 90,630.68 | 88,885.17 | 87,139.67 | 85,394.16 | 83,648.65 | 81,903.15 | 80,157.64 | 78,412.14 | 76,666.63 | 74,921.12 | |

# SHEK304
**Shekinah Oilfield Services Projections**

| Year | 2024 | 2022 | | | | | | 2025 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 |
| **Cash Carry Forward** | 74,921.12 | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | |
| Operating income | 74,000.00 | 74,000.00 | 74,000.00 | 74,000.00 | 74,000.00 | 74,000.00 | 74,000.00 | 74,000.00 | 74,000.00 | 74,000.00 | 74,000.00 | 74,000.00 |
| **Gross Income** | 74,000.00 | 74,000.00 | 74,000.00 | 74,000.00 | 74,000.00 | 74,000.00 | 74,000.00 | 74,000.00 | 74,000.00 | 74,000.00 | 74,000.00 | 74,000.00 |
| **Operating Expenses (express negative)** | | | | | | | | | | | | |
| Category | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Category | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Category | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Life Insurance | (239.62) | (239.62) | (239.62) | (239.62) | (239.62) | (239.62) | (239.62) | (239.62) | (239.62) | (239.62) | (239.62) | (239.62) |
| Insurance - Workers Comp & Liability | (6,292.00) | (6,292.00) | (6,292.00) | (6,292.00) | (6,292.00) | (6,292.00) | (6,292.00) | (6,292.00) | (6,292.00) | (6,292.00) | (6,292.00) | (6,292.00) |
| Fuel | (12,100.00) | (12,100.00) | (12,100.00) | (12,100.00) | (12,100.00) | (12,100.00) | (12,100.00) | (12,100.00) | (12,100.00) | (12,100.00) | (12,100.00) | (12,100.00) |
| Office supplies | (363.00) | (363.00) | (363.00) | (363.00) | (363.00) | (363.00) | (363.00) | (363.00) | (363.00) | (363.00) | (363.00) | (363.00) |
| Oil & tire maintenance | (2,057.00) | (2,057.00) | (2,057.00) | (2,057.00) | (2,057.00) | (2,057.00) | (2,057.00) | (2,057.00) | (2,057.00) | (2,057.00) | (2,057.00) | (2,057.00) |
| Truck repairs | (5,808.00) | (5,808.00) | (5,808.00) | (5,808.00) | (5,808.00) | (5,808.00) | (5,808.00) | (5,808.00) | (5,808.00) | (5,808.00) | (5,808.00) | (5,808.00) |
| Telephone + Internet | (605.00) | (605.00) | (605.00) | (605.00) | (605.00) | (605.00) | (605.00) | (605.00) | (605.00) | (605.00) | (605.00) | (605.00) |
| Utilities - electric | (605.00) | (605.00) | (605.00) | (605.00) | (605.00) | (605.00) | (605.00) | (605.00) | (605.00) | (605.00) | (605.00) | (605.00) |
| Utilities - water & trash | (302.50) | (302.50) | (302.50) | (302.50) | (302.50) | (302.50) | (302.50) | (302.50) | (302.50) | (302.50) | (302.50) | (302.50) |
| Vehicle registrations & inspections | (1,210.00) | (1,210.00) | (1,210.00) | (1,210.00) | (1,210.00) | (1,210.00) | (1,210.00) | (1,210.00) | (1,210.00) | (1,210.00) | (1,210.00) | (1,210.00) |
| Payroll - contract labor | (3,932.50) | (3,932.50) | (3,932.50) | (3,932.50) | (3,932.50) | (3,932.50) | (3,932.50) | (3,932.50) | (3,932.50) | (3,932.50) | (3,932.50) | (3,932.50) |
| Payroll - full time employees | (25,289.00) | (25,289.00) | (25,289.00) | (25,289.00) | (25,289.00) | (25,289.00) | (25,289.00) | (25,289.00) | (25,289.00) | (25,289.00) | (25,289.00) | (25,289.00) |
| Payroll - company liabilities (match) | (2,299.00) | (2,299.00) | (2,299.00) | (2,299.00) | (2,299.00) | (2,299.00) | (2,299.00) | (2,299.00) | (2,299.00) | (2,299.00) | (2,299.00) | (2,299.00) |
| Donations | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) |
| Subscriptions | (36.30) | (36.30) | (36.30) | (36.30) | (36.30) | (36.30) | (36.30) | (36.30) | (36.30) | (36.30) | (36.30) | (36.30) |
| Meals | (60.50) | (60.50) | (60.50) | (60.50) | (60.50) | (60.50) | (60.50) | (60.50) | (60.50) | (60.50) | (60.50) | (60.50) |
| Postage | (36.30) | (36.30) | (36.30) | (36.30) | (36.30) | (36.30) | (36.30) | (36.30) | (36.30) | (36.30) | (36.30) | (36.30) |
| Taxes | (1,028.50) | (1,028.50) | (1,028.50) | (1,028.50) | (1,028.50) | (1,028.50) | (1,028.50) | (1,028.50) | (1,028.50) | (1,028.50) | (1,028.50) | (1,028.50) |
| Tools | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) |
| Travel | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) | (121.00) |
| Truck supply | (181.50) | (181.50) | (181.50) | (181.50) | (181.50) | (181.50) | (181.50) | (181.50) | (181.50) | (181.50) | (181.50) | (181.50) |
| Misc. / TBD / Reserves | (3,630.00) | (3,630.00) | (3,630.00) | (3,630.00) | (3,630.00) | (3,630.00) | (3,630.00) | (3,630.00) | (3,630.00) | (3,630.00) | (3,630.00) | (3,630.00) |
| **Plan (express negative)** | | | | | | | | | | | | |
| Class 1 - Property taxes | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (1,475.72) |
| Class 2 - FNB Equipment -Tr.1 | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (78,930.31) |
| Class 2 - FNB Equipment -Tr.2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Class 3 - FNB Land | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (18,527.04) |
| Class 4 - Kubota 001 | (874.47) | (874.47) | (874.47) | (874.47) | (874.47) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,372.36) |
| Class 5 - Kubota 002 | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (3,733.44) |
| Class 6 - Financial Pacific | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Class 7 - CP International. | | | | | | | | | | | | | |
| Class 8 - General Unsecureds | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (1,999.92) |
| WKPZ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SubV Trustee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL EXPENSES + PLAN** | (76,035.39) | (76,035.39) | (76,035.39) | (76,035.39) | (76,035.39) | (75,160.92) | (75,160.92) | (75,160.92) | (75,160.92) | (75,160.92) | (75,160.92) | (75,160.92) | (906,303.37) |
| **Net Cash Flow - Month** | (2,035.39) | (2,035.39) | (2,035.39) | (2,035.39) | (2,035.39) | (1,160.92) | (1,160.92) | (1,160.92) | (1,160.92) | (1,160.92) | (1,160.92) | (1,160.92) | (18,303.37) |
| **Net Cash Flow - TOTAL** | | 72,885.74 | 70,850.35 | 68,814.96 | 66,779.57 | 64,744.18 | 63,583.26 | 62,422.34 | 61,261.42 | 60,100.51 | 58,939.59 | 57,778.67 | 56,617.75 |

# SHEK304
### Shekinah Oilfield Services Projections

| Year | 2025 | 2022 | | | | | | 2026 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 |
| **Cash Carry Forward** | 56,617.75 | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | |
| Operating income | 80,000.00 | 80,000.00 | 80,000.00 | 80,000.00 | 80,000.00 | 80,000.00 | 80,000.00 | 80,000.00 | 80,000.00 | 80,000.00 | 80,000.00 | 80,000.00 |
| **Gross Income** | 80,000.00 | 80,000.00 | 80,000.00 | 80,000.00 | 80,000.00 | 80,000.00 | 80,000.00 | 80,000.00 | 80,000.00 | 80,000.00 | 80,000.00 | 80,000.00 |
| **Operating Expenses (express negative)** | | | | | | | | | | | | |
| Category | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Category | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Category | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Life Insurance | (251.60) | (251.60) | (251.60) | (251.60) | (251.60) | (251.60) | (251.60) | (251.60) | (251.60) | (251.60) | (251.60) | (251.60) |
| Insurance - Workers Comp & Liability | (6,606.60) | (6,606.60) | (6,606.60) | (6,606.60) | (6,606.60) | (6,606.60) | (6,606.60) | (6,606.60) | (6,606.60) | (6,606.60) | (6,606.60) | (6,606.60) |
| Fuel | (12,705.00) | (12,705.00) | (12,705.00) | (12,705.00) | (12,705.00) | (12,705.00) | (12,705.00) | (12,705.00) | (12,705.00) | (12,705.00) | (12,705.00) | (12,705.00) |
| Office supplies | (381.15) | (381.15) | (381.15) | (381.15) | (381.15) | (381.15) | (381.15) | (381.15) | (381.15) | (381.15) | (381.15) | (381.15) |
| Oil & tire maintenance | (2,159.85) | (2,159.85) | (2,159.85) | (2,159.85) | (2,159.85) | (2,159.85) | (2,159.85) | (2,159.85) | (2,159.85) | (2,159.85) | (2,159.85) | (2,159.85) |
| Truck repairs | (6,098.40) | (6,098.40) | (6,098.40) | (6,098.40) | (6,098.40) | (6,098.40) | (6,098.40) | (6,098.40) | (6,098.40) | (6,098.40) | (6,098.40) | (6,098.40) |
| Telephone + Internet | (635.25) | (635.25) | (635.25) | (635.25) | (635.25) | (635.25) | (635.25) | (635.25) | (635.25) | (635.25) | (635.25) | (635.25) |
| Utilities - electric | (635.25) | (635.25) | (635.25) | (635.25) | (635.25) | (635.25) | (635.25) | (635.25) | (635.25) | (635.25) | (635.25) | (635.25) |
| Utilities - water & trash | (317.63) | (317.63) | (317.63) | (317.63) | (317.63) | (317.63) | (317.63) | (317.63) | (317.63) | (317.63) | (317.63) | (317.63) |
| Vehicle registrations & inspections | (1,270.50) | (1,270.50) | (1,270.50) | (1,270.50) | (1,270.50) | (1,270.50) | (1,270.50) | (1,270.50) | (1,270.50) | (1,270.50) | (1,270.50) | (1,270.50) |
| Payroll - contract labor | (4,129.13) | (4,129.13) | (4,129.13) | (4,129.13) | (4,129.13) | (4,129.13) | (4,129.13) | (4,129.13) | (4,129.13) | (4,129.13) | (4,129.13) | (4,129.13) |
| Payroll - full time employees | (26,553.45) | (26,553.45) | (26,553.45) | (26,553.45) | (26,553.45) | (26,553.45) | (26,553.45) | (26,553.45) | (26,553.45) | (26,553.45) | (26,553.45) | (26,553.45) |
| Payroll - company liabilities (match) | (2,413.95) | (2,413.95) | (2,413.95) | (2,413.95) | (2,413.95) | (2,413.95) | (2,413.95) | (2,413.95) | (2,413.95) | (2,413.95) | (2,413.95) | (2,413.95) |
| Donations | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) |
| Subscriptions | (38.12) | (38.12) | (38.12) | (38.12) | (38.12) | (38.12) | (38.12) | (38.12) | (38.12) | (38.12) | (38.12) | (38.12) |
| Meals | (63.53) | (63.53) | (63.53) | (63.53) | (63.53) | (63.53) | (63.53) | (63.53) | (63.53) | (63.53) | (63.53) | (63.53) |
| Postage | (38.12) | (38.12) | (38.12) | (38.12) | (38.12) | (38.12) | (38.12) | (38.12) | (38.12) | (38.12) | (38.12) | (38.12) |
| Taxes | (1,079.93) | (1,079.93) | (1,079.93) | (1,079.93) | (1,079.93) | (1,079.93) | (1,079.93) | (1,079.93) | (1,079.93) | (1,079.93) | (1,079.93) | (1,079.93) |
| Tools | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) |
| Travel | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) | (127.05) |
| Truck supply | (190.58) | (190.58) | (190.58) | (190.58) | (190.58) | (190.58) | (190.58) | (190.58) | (190.58) | (190.58) | (190.58) | (190.58) |
| Misc. / TBD / Reserves | (3,811.50) | (3,811.50) | (3,811.50) | (3,811.50) | (3,811.50) | (3,811.50) | (3,811.50) | (3,811.50) | (3,811.50) | (3,811.50) | (3,811.50) | (3,811.50) |
| **Plan (express negative)** | | | | | | | | | | | | | |
| Class 1 - Property taxes | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (1,475.72) |
| Class 2 - FNB Equipment -Tr.1 | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (78,930.31) |
| Class 2 - FNB Equipment -Tr.2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Class 3 - FNB Land | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (18,527.04) |
| Class 4 - Kubota 001 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Class 5 - Kubota 002 | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (311.12) | (3,733.44) |
| Class 6 - Financial Pacific | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Class 7 - CP International. | | | | | | | | | | | | | |
| Class 8 - General Unsecureds | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (1,999.92) |
| WKPZ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SubV Trustee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL EXPENSES + PLAN** | (78,482.85) | (78,482.85) | (78,482.85) | (78,482.85) | (78,482.85) | (78,482.85) | (78,482.85) | (78,482.85) | (78,482.85) | (78,482.85) | (78,482.85) | (78,482.85) | (941,794.25) |
| **Net Cash Flow - Month** | 1,517.15 | 1,517.15 | 1,517.15 | 1,517.15 | 1,517.15 | 1,517.15 | 1,517.15 | 1,517.15 | 1,517.15 | 1,517.15 | 1,517.15 | 1,517.15 | 18,205.75 |
| **Net Cash Flow - TOTAL** | 58,134.90 | 59,652.04 | 61,169.19 | 62,686.34 | 64,203.48 | 65,720.63 | 67,237.77 | 68,754.92 | 70,272.07 | 71,789.21 | 73,306.36 | 74,823.50 | |

**SHEK304**

Shekinah Oilfield Services Projections

| Year | 2026 | 2022 | | | | | | 2027 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | |
| **Cash Carry Forward** | 74,823.50 | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | |
| Operating income | 87,000.00 | 87,000.00 | 87,000.00 | 87,000.00 | 87,000.00 | 87,000.00 | 87,000.00 | 87,000.00 | 87,000.00 | 87,000.00 | 87,000.00 | 87,000.00 | |
| **Gross Income** | 87,000.00 | 87,000.00 | 87,000.00 | 87,000.00 | 87,000.00 | 87,000.00 | 87,000.00 | 87,000.00 | 87,000.00 | 87,000.00 | 87,000.00 | 87,000.00 | |
| **Operating Expenses (express negative)** | | | | | | | | | | | | | |
| Category | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Category | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Category | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Life Insurance | (264.18) | (264.18) | (264.18) | (264.18) | (264.18) | (264.18) | (264.18) | (264.18) | (264.18) | (264.18) | (264.18) | (264.18) | |
| Insurance - Workers Comp & Liability | (6,936.93) | (6,936.93) | (6,936.93) | (6,936.93) | (6,936.93) | (6,936.93) | (6,936.93) | (6,936.93) | (6,936.93) | (6,936.93) | (6,936.93) | (6,936.93) | |
| Fuel | (13,340.25) | (13,340.25) | (13,340.25) | (13,340.25) | (13,340.25) | (13,340.25) | (13,340.25) | (13,340.25) | (13,340.25) | (13,340.25) | (13,340.25) | (13,340.25) | |
| Office supplies | (400.21) | (400.21) | (400.21) | (400.21) | (400.21) | (400.21) | (400.21) | (400.21) | (400.21) | (400.21) | (400.21) | (400.21) | |
| Oil & tire maintenance | (2,267.84) | (2,267.84) | (2,267.84) | (2,267.84) | (2,267.84) | (2,267.84) | (2,267.84) | (2,267.84) | (2,267.84) | (2,267.84) | (2,267.84) | (2,267.84) | |
| Truck repairs | (6,403.32) | (6,403.32) | (6,403.32) | (6,403.32) | (6,403.32) | (6,403.32) | (6,403.32) | (6,403.32) | (6,403.32) | (6,403.32) | (6,403.32) | (6,403.32) | |
| Telephone + Internet | (667.01) | (667.01) | (667.01) | (667.01) | (667.01) | (667.01) | (667.01) | (667.01) | (667.01) | (667.01) | (667.01) | (667.01) | |
| Utilities - electric | (667.01) | (667.01) | (667.01) | (667.01) | (667.01) | (667.01) | (667.01) | (667.01) | (667.01) | (667.01) | (667.01) | (667.01) | |
| Utilities - water & trash | (333.51) | (333.51) | (333.51) | (333.51) | (333.51) | (333.51) | (333.51) | (333.51) | (333.51) | (333.51) | (333.51) | (333.51) | |
| Vehicle registrations & inspections | (1,334.03) | (1,334.03) | (1,334.03) | (1,334.03) | (1,334.03) | (1,334.03) | (1,334.03) | (1,334.03) | (1,334.03) | (1,334.03) | (1,334.03) | (1,334.03) | |
| Payroll - contract labor | (4,335.58) | (4,335.58) | (4,335.58) | (4,335.58) | (4,335.58) | (4,335.58) | (4,335.58) | (4,335.58) | (4,335.58) | (4,335.58) | (4,335.58) | (4,335.58) | |
| Payroll - full time employees | (27,881.12) | (27,881.12) | (27,881.12) | (27,881.12) | (27,881.12) | (27,881.12) | (27,881.12) | (27,881.12) | (27,881.12) | (27,881.12) | (27,881.12) | (27,881.12) | |
| Payroll - company liabilities (match) | (2,534.65) | (2,534.65) | (2,534.65) | (2,534.65) | (2,534.65) | (2,534.65) | (2,534.65) | (2,534.65) | (2,534.65) | (2,534.65) | (2,534.65) | (2,534.65) | |
| Donations | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | |
| Subscriptions | (40.02) | (40.02) | (40.02) | (40.02) | (40.02) | (40.02) | (40.02) | (40.02) | (40.02) | (40.02) | (40.02) | (40.02) | |
| Meals | (66.70) | (66.70) | (66.70) | (66.70) | (66.70) | (66.70) | (66.70) | (66.70) | (66.70) | (66.70) | (66.70) | (66.70) | |
| Postage | (40.02) | (40.02) | (40.02) | (40.02) | (40.02) | (40.02) | (40.02) | (40.02) | (40.02) | (40.02) | (40.02) | (40.02) | |
| Taxes | (1,133.92) | (1,133.92) | (1,133.92) | (1,133.92) | (1,133.92) | (1,133.92) | (1,133.92) | (1,133.92) | (1,133.92) | (1,133.92) | (1,133.92) | (1,133.92) | |
| Tools | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | |
| Travel | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | (133.40) | |
| Truck supply | (200.10) | (200.10) | (200.10) | (200.10) | (200.10) | (200.10) | (200.10) | (200.10) | (200.10) | (200.10) | (200.10) | (200.10) | |
| Misc. / TBD / Reserves | (4,002.08) | (4,002.08) | (4,002.08) | (4,002.08) | (4,002.08) | (4,002.08) | (4,002.08) | (4,002.08) | (4,002.08) | (4,002.08) | (4,002.08) | (4,002.08) | |
| **Plan (express negative)** | | | | | | | | | | | | | |
| Class 1 - Property taxes | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (122.98) | (1,475.72) |
| Class 2 - FNB Equipment -Tr.1 | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (6,577.53) | (78,930.31) |
| Class 2 - FNB Equipment -Tr.2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (50,000.00) | (50,000.00) |
| Class 3 - FNB Land | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (1,543.92) | (18,527.04) |
| Class 4 - Kubota 001 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Class 5 - Kubota 002 | (311.12) | (311.12) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (622.24) |
| Class 6 - Financial Pacific | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Class 7 - CP International. | | | | | | | | | | | | | |
| Class 8 - General Unsecureds | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (166.66) | (1,999.92) |
| WKPZ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SubV Trustee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL EXPENSES + PLAN** | (81,970.89) | (81,970.89) | (81,659.77) | (81,659.77) | (81,659.77) | (81,659.77) | (81,659.77) | (81,659.77) | (81,659.77) | (81,659.77) | (81,659.77) | (131,659.77) | (1,030,539.44) |
| **Net Cash Flow - Month** | 5,029.11 | 5,029.11 | 5,340.23 | 5,340.23 | 5,340.23 | 5,340.23 | 5,340.23 | 5,340.23 | 5,340.23 | 5,340.23 | 5,340.23 | (44,659.77) | 13,460.56 |
| **Net Cash Flow - TOTAL** | 79,852.62 | 84,881.73 | 90,221.96 | 95,562.20 | 100,902.43 | 106,242.66 | 111,582.90 | 116,923.13 | 122,263.36 | 127,603.60 | 132,943.83 | 88,284.06 | |