UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| SHEKINAH OILFIELD SERVICES, § | CASE NO. 21-10152 |
| INC., § | |
| § | |
| DEBTOR. § | |

## APPLICATION FOR FINAL DECREE

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT GEORGE MAHON FEDERAL BUILDING, 1205 TEXAS AVE., RM 306, LUBBOCK, TX 79401-4002 BEFORE CLOSE OF BUSINESS ON <u>MARCH 9, 2023</u>, WHICH IS AT LEAST TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

TO THE HONORABLE ROBERT L. JONES, UNITED STATES BANKRUPTCY JUDGE:

Shekinah Oilfield Services, Inc. (the "Reorganized Debtor"), files this *Application for Final Decree* (the "Application") seeking the entry of a final decree and closure of this case, and in support thereof would show the following.

1. This Chapter 11 case was commenced by a voluntary petition filed on November 2, 2021 (Docket No. 1).

2. An order confirming the Debtor's Chapter 11 plan was entered on July 21, 2022 (Docket No. 68).

3. The effective date of the Plan occurred on or about August 4, 2022.

4. The Reorganized Debtor commenced administration of the Plan and has taken all steps required to date, including commencing distributions in December, 2022 to general unsecured creditors.

WHEREFORE, Shekinah Oilfield Services, Inc., respectfully requests that upon the conclusion of the 21-day notice period for this application, that the Court then enter a final decree and close this case, and grant the movant such other and further relief to which the movant may be entitled at law or in equity.

Dated: February 16, 2023

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
By: */s/ Jeff Carruth*
JEFF CARRUTH (TX SBN:. 24001846)
3030 Matlock Rd., Suite 201
Arlington, Texas 76105
Telephone: (713) 341-1158
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR
SHEKINAH OILFIELD SERVICES, INC., LLC,
REORGANIZED DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on February 16, 2023 (1) by electronic notice to all ECF users who have appeared in this case to date, and/or as set forth below and (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix) obtained from the Court's PACER facility.  *A copy of the service lists was not served with the regular mail service set but is available by contacting the undersigned.*

**ANY PARTY REQUESTING A FULL SIZED COPY OF THIS PLEADING OR COPIES OF ANY EXHIBITS SHOULD CONTACT THE UNDERSIGNED.**

*/s/ Jeff Carruth*
JEFF CARRUTH

**21-10152-rlj11 Notice will be electronically mailed to:**

Jeffery D. Carruth on behalf of Debtor Shekinah Oilfield Services, Inc.
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Gary L. Hacker on behalf of Creditor First Financial Bank, Albany
GLH@whittenfirm.com, SHERRI@whittenfirm.com

Tara LeDay on behalf of Creditor Shackelford County Appraisal District
tleday@mvbalaw.com,
vcovington@mvbalaw.com;alocklin@mvbalaw.com;pbowers@mvbalaw.com;tleday@ecf.courtdrive.com;vjames@mvbalaw.com

Brad W. Odell -SBRA V
bodell@mhba.com, memert@mhba.com;mreynolds@mhba.com;bwodellscvtxn@ecf.axosfs.com

Brad W. Odell -SBRA V on behalf of Trustee Brad W. Odell -SBRA V
bodell@mhba.com, memert@mhba.com;mreynolds@mhba.com;bwodellscvtxn@ecf.axosfs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

# REGULAR MAIL LIST / MATRIX

Shekinah Oilfield Services, Inc.
PO Box 2411
Albay, TX 76430-8018

AMUR Equipment Finance, Inc.
308 N Locust Street
Grand Island, NE 68801-5985

CP International, Inc.
10681 Haddington Drive, Suite 130
Houston, TX 77043-3239

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Certified Laboratories
PO Box 971269
Dallas, TX 75397-1269

Cintas Corporation
768 Walnut Street
Abilene, TX 79601-5228

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX  78711-2548

Filtration Specialties Co.
PO Box 1619
1505 S Treadaway Blvd
Abilene, TX 79602-4926

Financial Pacific Leasing, Inc.
3455 S 344th Way, Ste 300
Federal Way, WA 98001-9546

G&H Sales, Inc.
PO Box 668
Odessa, TX 79760-0668

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

KS Supplies, Inc.
2015 Ave C
Lubbock, TX 79404-1020

Kubota Credit Corp. USA
PO Box 2046
Grapevine, TX 76099-2046

Kubota Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

Lufkin Industries, LLC
PO Box 301199
Dallas, TX 75303-1199

ROCO Machine & Supply, LTD
PO Box 3241
Albany, TX 76430-8059

Resist-ALL Electric, LLC
PO Box 1727
Breckenridge, TX 76424-1727

SOGIANT PetroEquip USA Corp.
11106 W I-20 E
Odessa, TX 79765-9444

Sweetwater EC&M, Inc.
110 County Road 141
Sweetwater, TX 79556-4127

T&W Tire
PO Box 974474
Dallas, TX 75397-4474

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Western Marketing, Inc.
PO Box 677422
Dallas, TX 75267-7422

Zep Sales & Service
3330 Cumberland Blvd, Suite 700
Atlanta, GA 30339-8100

Jeff Carruth
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
3030 Matlock Rd., Suite 201
Arlington, TX 76015

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| SHEKINAH OILFIELD SERVICES, INC., | § § § § | CASE NO. 21-10152 |
| DEBTOR. | § § § | |

**ORDER GRANTING REORGANIZED DEBTOR'S APPLICATION FOR FINAL DECREE (DOCKET NO. 86)**

On September 28, 2021, came on for hearing and consideration the *Application for Final Decree* (Docket No. 86) (the "Motion") filed herein by Shekinah Oilfield Services, Inc., the Reorganized Debtor. The Motion contained adequate notice and opportunity for a hearing, and upon the presentation of the performance under the confirmed plan, the Court is of the opinion that the following order should be entered. Accordingly, it is therefore

**ORDERED** that the Motion is **GRANTED**, this Order constitutes a Final Decree for purposes of closing this case pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure, and, therefore, the above-captioned Chapter 11 bankruptcy case is hereby closed.

# # # END OF ORDER # # #

Order submitted by:

Jeff Carruth
Texas State Bar No. 24001846
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
3030 Matlock Rd., Suite 201
Arlington, Texas 76015
(713) 341-1158 – Telephone
jcarruth@wkpz.com

ATTORNEYS FOR
SHEKINAH OILFIELD SERVICES
REORGANIZED DEBTOR