**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| SHEKINAH OILFIELD SERVICES, INC., | § § § § | CASE NO. 21-10152 |
| DEBTOR. | § § § | |

**ORDER GRANTING REORGANIZED DEBTOR'S APPLICATION FOR FINAL DECREE (DOCKET NO. 86)**

On September 28, 2021, came on for hearing and consideration the *Application for Final Decree* (Docket No. 86) (the "Motion") filed herein by Shekinah Oilfield Services, Inc., the Reorganized Debtor. The Motion contained adequate notice and opportunity for a hearing, and upon the presentation of the performance under the confirmed plan, the Court is of the opinion that the following order should be entered. Accordingly, it is therefore

**ORDERED** that the Motion is **GRANTED**, this Order constitutes a Final Decree for purposes of closing this case pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure, and, therefore, the above-captioned Chapter 11 bankruptcy case is hereby closed.

# # # END OF ORDER # # #

Order submitted by:

Jeff Carruth
Texas State Bar No. 24001846
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
3030 Matlock Rd., Suite 201
Arlington, Texas 76015
(713) 341-1158 – Telephone
jcarruth@wkpz.com

ATTORNEYS FOR
SHEKINAH OILFIELD SERVICES
REORGANIZED DEBTOR